MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant Attorney General of New Jersey

By: Daniel M. Vannella (015922007)
    Assistant Attorney General
    609-376-2776
    daniel.vannella@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:24-cv-7098-CPO-MJS<br><br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which Defendant, Attorney General of New Jersey, may answer, move, or otherwise reply to Plaintiffs' Complaint; and it is represented that:

1

1. No previous extension has been obtained by this Defendant.

2. This Defendant was served on June 21, 2024.

3. The original deadline for this Defendant to answer, move, or otherwise reply is July 12, 2024.

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY


      By:   /s/ Daniel M. Vannella
               Daniel M. Vannella
               Assistant Attorney General

DATE: July 5, 2024


The above application is ORDERED GRANTED and the time within which Defendant Attorney General of New Jersey shall answer, move, or otherwise reply is extended to July 26, 2024.

                MELISSA E. RHOADS, CLERK


      By:   _____
               Deputy Clerk

DATED: