P21913076

CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., AND GUN OWNERS FOUNDATION
PLAINTIFF
- vs -
MATTHEW PLATKIN, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF NEW JERSEY, AND CHIEF PHIL OLIVO, IN HIS OFFICIAL CAPACITY AS THE POLICE CHIEF OF PENNSAUKEN TOWNSHIP
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 1:24-CV-07098-CPO-MJS

**Person to be Served**
CHIEF PHIL OLIVO
PENNSAUKEN TOWNSHIP POLICE DEPARTMENT
2400 BETHEL AVENUE
PENNSAUKEN NJ 08109

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: CIVIL COVER SHEET, EXHIBIT(S), SUMMONS AND COMPLAINT, STATEMENT OF FACTS
**Service Data**:
Served Successfully **X**   Not Served _____   Date: 06/26/2024   Time: 10:03 AM   Attempts:

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

Name of person served and relationship / title:

GLORIA IRIZARRY

RECORDS CLERK

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **BLACK**   HAIR: **GRAY**   APP.AGE: **60**   APP. HT: **5'5**   APP. WT: **170**
OTHER:

**Comments Or Remarks:**

I, JOSEPH RUSSO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
1 day of July, 2024

_Joseph A. Russo_   7-1-24
Signature of Process Server   Date

RACHEL E WARD
Notary Public, State of New Jersey
My Commission Expires Jun 24, 2026

Client File Number:
Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
WE SERVE LAW