

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ  08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

July 16, 2024

<u>VIA ECF</u>
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:    *Benton, et al. v. Platkin, et al.*
               Civil Action No. 24-7098-CPO-MJS

Dear Judge O'Hearn:

I represent Defendant Attorney General of New Jersey in the above-referenced matter. The time for Defendant to answer, move, or otherwise respond to Plaintiffs' complaint currently is July 26, 2024. Defendant respectfully requests an additional 30-day extension of time to do so, which would make the new deadline **August 26, 2024**. Counsel for Plaintiffs graciously have consented to this request.

Thank you for the Court's consideration of this matter.

                                      Respectfully submitted,

                                      MATTHEW J. PLATKIN
                                      ATTORNEY GENERAL OF NEW JERSEY

                        By:    /s/ Daniel M. Vannella
                               Daniel M. Vannella
                               Assistant Attorney General

cc: All counsel of record (via ECF)


