UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and Chief Phil Olivo, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Civil Action No. 1:24-cv-07098-CPO-MJS<br><br>**ENTRY OF APPEARANCE** |

TO: Office of the Clerk of the Court
**United States District Court**
District of New Jersey

Please enter my appearance on behalf of Philip Olivo, in his official capacity as the Police Chief of Pennsauken Township in this matter.

Respectfully submitted

**BROWN & CONNERY, LLP**
Attorneys for Defendant Philip Olivo

Dated: July 17, 2024     By:     *s/ Michael J. Miles*
                                                  Michael J. Miles Esq.
                                                  360 Haddon Avenue
                                                  Westmont, NJ 08108
                                                  (856) 858-8169
                                                  (856) 858-4967 (fax)
                                                  mmiles@brownconnery.com

7PG1631.DOCX

## **CERTIFICATE OF SERVICE**

I certify that the within Entry of Appearance was served by filing this document with the CM/ECF system, which electronically served same on:

All counsel of record
(via ECF)

Clerk, United States District Court for the District of New Jersey,
Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101
(Via ECF)

|  |  |
|---|---|
| | By: *s/Michael J. Miles* |
| Dated: July 17, 2024 | Michael J. Miles |

7PG1631.DOCX