UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and Chief Phil Olivo, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Civil Action No. 1:24-cv-07098-CPO-MJS<br><br>**ENTRY OF APPEARANCE** |

TO:  Office of the Clerk of the Court
 **United States District Court**
 District of New Jersey

   Please enter my appearance on behalf of Philip Olivo, in his official capacity as the Police Chief of Pennsauken Township in this matter.

                    Respectfully submitted

                    **BROWN & CONNERY, LLP**
                    Attorneys for Defendant Philip Olivo

Dated: July 17, 2024    By:   *s/ Arlette Leyba*
                    Arlette Leyba Esq.
                    360 Haddon Avenue
                    Westmont, NJ 08108
                    (856) 858-8169
                    (856) 858-4967 (fax)
                    aleyba@brownconnery.com

7PG1323.DOCX

## **CERTIFICATE OF SERVICE**

I certify that the within Entry of Appearance was served by filing this document with the CM/ECF system, which electronically served same on:

All counsel of record
(via ECF)

Clerk, United States District Court for the District of New Jersey,
Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101
(Via ECF)

By: *s/Arlette Leyba*
Arlette Leyba

Dated: July 17, 2024

7PG1323.DOCX