UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>**Plaintiffs,**<br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,<br><br>**Defendants.** | Civil No. 24-7098 KMW/MJS<br><br>**ORDER** |

This matter having been brought before the Court by Steven J. Harfenist, Esquire, counsel for plaintiffs for an Order allowing Stephen D. Stamboulieh, Esquire to appear and participate *pro hac vice* on behalf of Christian Benton, Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation; and the Court having considered the moving papers; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey,

It is this **9th** day of **August 2024**, hereby

**ORDERED** that Stephen D. Stamboulieh, Esquire, a member in good standing of the bars to which counsel is admitted, be permitted to appear *pro hac vice* in the above-captioned matter in

the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Steven J. Harfenist, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(2), Stephen D. Stamboulieh, Esquire shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, to the extent this fee has not already been paid, and this payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in this Court; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(3), Stephen D. Stamboulieh, Esquire shall make a payment of $250.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Stephen D. Stamboulieh, Esquire shall be bound

by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Stephen D. Stamboulieh, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

<u>s/ Matthew J. Skahill</u>
MATTHEW J. SKAHILL
United States Magistrate Judge