**BROWN & CONNERY, LLP**
Michael J. Miles, Esquire
Arlette Leyba, Esquire
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
mmiles@brownconnery.com
aleyba@brownconnery.com
Attorneys for Defendant Chief Phil Olivo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and Chief Phil Olivo, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Civil Action No. 1:24-cv-07098-KMW-MJS<br><br>**DEFENDANT CHIEF PHIL OLIVO'S NOTICE OF MOTION TO DISMISS**<br><br>Motion Date: October 7, 2024 |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE,** that on October 7, 2024, or on a date to be set by this Court, the undersigned attorneys for Defendant, Chief Phil Olivo, in his official

7PY6141

capacity as the Police Chief of Pennsauken Township, will apply to the United States District Court for the District of New Jersey in Camden, New Jersey for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant Olivo will rely upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, Certification of Chief Phillip P. Olivo, III with exhibits, and any such other authorities and arguments as may be submitted in any reply or at any hearing. A proposed form of Order also accompanies this Motion.

Respectfully submitted,
**BROWN & CONNERY, LLP**

Dated: August 26, 2024     By:   s/Michael J. Miles,
Michael J. Miles, Esq.
Arlette Leyba, Esq
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
mmiles@brownconnery.com
aleyba@brownconnery.com

*Attorneys for Defendant Chief Phil Olivo*

7PY6141