**BROWN & CONNERY, LLP**
Michael J. Miles, Esquire
Arlette Leyba, Esquire
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
Attorneys for Defendant Chief Phil Olivo

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Civil Action No. 1:24-cv-07098- KMW-MJS<br><br>**CERTIFICATION OF PHILLIP P. OLIVO, III**<br><br>Motion Date: October 7, 2024 |

I, Phillip P. Olivo, III, of full age, hereby certify as follows:

1. I am the Acting Chief of Police of the Pennsauken Township Police Department (the "Department"), and have personal knowledge of the facts set forth herein.

2. In my capacity as Chief of Police, I am responsible for the issuance of Firearms Purchaser Identification Cards ("FID"), permits to purchase a handgun ("Purchase Permit"), and permits to carry a handgun ("Carry Permit") upon applications from qualified residents of Pennsauken Township.

3. I am also responsible for investigating and determining whether applicants are qualified in accordance with applicable law.

4. I have delegated some of these responsibilities to subordinate officers or employees of the Department.

5. Upon the receipt of FID, Purchase Permit, and Carry Permit applications, the designated civilian employees of the Department track the application.

6. After receipt of the requisite fees associated with the application, the designated civilian employees conduct the necessary investigation.

7. This investigation includes, when applicable, the following: Fingerprint Results, NJ Criminal Name Check, NCIC III Criminal Master Name Index Check, Mental Health Check, Reference Feedback, Residence Verification, Identification Check, Municipal Court System (ACS/ATS) Check, Prosecutor and Superior Court Check (Promis Gavel), Juvenile Central Registry Check, Domestic Violence Central Registry Check, Immigration Alien Check, Local Police Database Check, LEO

Verification, Suspicious Activity Reports Check, Multiple Handgun Exemption, and Photograph Check.

8. The designated civilian employees then make a recommendation to me for my consideration and a final determination.

9. I then approve the application unless the applicant is unqualified.

10. On February 27, 2024, Benton applied for two Purchase Permits (the "February Applications"). Attached hereto as Exhibit A is a true and correct copy of the Application Overview report prepared by the Department with respect to the February Applications.

11. On March 5, 2024, Benton paid the required fees for the February Applications.

12. The investigation of the February Applications was completed on June 4, 2024, at which time the designated civilian employee submitted the completed application to me, with a recommendation for approval.

13. On June 10, 2024, Benton applied for a third Purchase Permit (the "June Application"). Attached hereto as Exhibit B is a true and correct copy of the Application Overview report prepared by the Department with respect to the June Application.

14. The following day, on June 11, 2024, Benton paid the required fees for the June Application.

15. The investigation of the June Application was completed on July 1, 2024, at which time the designated civilian employee submitted the completed application to me, with a recommendation for approval.

16. I approved all three of Benton's applications—the February Applications and the June Application—on July 9, 2024.

17. There are no currently outstanding applications for Purchase Permits filed by Benton.

I hereby certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Date: August 26, 2024

Phil Olivo