MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 080
Trenton, New Jersey 08625
*Attorneys for Defendant Attorney General of New Jersey*

By:  Liza B. Fleming (NJ Bar # 441912023)
     Deputy Attorney General
     (862) 350-5800
     Liza.fleming@njoag.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>DOCKET NO. 1:24-cv-7098<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS IN PART PURSUANT TO FED. R. CIV. P. 12(B)(1)** |

**PLEASE TAKE NOTICE** that, on October 7, 2024, the undersigned, Liza B. Fleming, Esq., appearing on behalf of Defendant Matthew J. Platkin, Attorney

General of New Jersey, shall move before this Court for an order dismissing the Complaint in part, pursuant to Fed. R. Civ. P. 12(b)(1).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief in support of the Motion. A proposed Order is enclosed.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                              Respectfully Submitted,

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY

                   By:   /s/ Liza B. Fleming
                              Liza B. Fleming

Date: August 26, 2024