**BROWN & CONNERY, LLP**
Michael J. Miles, Esquire
Arlette Leyba, Esquire
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
Attorneys for Defendant Chief Phil Olivo

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Civil Action No. 1:24-cv-07098- KMW-MJS<br><br>**CERTIFICATION OF PHILIP P. OLIVO, III**<br><br>Motion Date: October 21, 2024 |

I, Philip P. Olivo, III, of full age, hereby certify as follows:

1. I am the Chief of Police of the Pennsauken Township Police Department (the "Department"), and have personal knowledge of the facts set forth herein.

2. In my capacity as Chief of Police, I am responsible for the issuance of Firearms Purchaser Identification Cards ("FID"), permits to purchase a handgun ("Purchase Permit"), and permits to carry a handgun ("Carry Permit") upon applications from qualified residents of Pennsauken Township.

3. On July 13, 2024, Marloy Gonzalez applied for two Purchase Permits. Attached hereto as Exhibit A is a true and correct copy of the Application Overview report prepared by the Department with respect to the Applications.

4. On July 16, 2024, Gonzalez paid the required fees for the Applications.

5. The investigation of the Applications was completed on September 24, 2024, at which time the designated civilian employee submitted the completed application to me, with a recommendation for approval.

6. I approved both of Gonzalez's applications on September 26, 2024.

7. There are no currently outstanding applications for Purchase Permits filed by Gonzalez.

I hereby certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Date: October 15, 2024

Phil Olivo

# EXHIBIT A

Firearms Purchaser Identification Card and/or Handgun Purchase Permit

# Application Overview

| | |
|---|---|
| Confirmation Number | [redacted] |
| ORI Number | [redacted] |
| SBI Number | [redacted] |
| Applicant Name | Marloy Gonzalez |
| DOB | [redacted] |
| SSN | [redacted] |
| Driver License Number | [redacted] |
| Driver License State | New Jersey |
| Applicant Email | [redacted] |
| Submission Date | 07/13/2024 |
| Purpose of Request | Permit to purchase a Handgun (2) |
| Law Enforcement Officer with at least one handgun permit for use on duty | No |

## Milestones

| Milestones | Current Status | Date | User Information |
|---|---|---|---|
| Fingerprint Results | Not Applicable | 7/13/2024 | System |
| NJ Criminal Name Check (212A) | Criminal Record Found | 7/15/2024 | EMILY CORNELISON |
| NCIC III Criminal Master Name Index Check | Record Found | 9/24/2024 | Tressa Cuevas |
| Mental Health Check | No Record | 9/24/2024 | Tressa Cuevas |
| Reference Feedback | Favorable | 9/24/2024 | Tressa Cuevas |
| Residence Verification | Verified | 9/24/2024 | Tressa Cuevas |
| Identification Check | Valid | 9/24/2024 | Tressa Cuevas |
| Municipal Court System (ACS/ATS) Check | Record Found | 9/24/2024 | Tressa Cuevas |
| Prosecutor and Superior Court Check (Promis Gavel) | No Record | 9/24/2024 | Tressa Cuevas |
| Juvenile Central Registry Check | No Record | 9/24/2024 | Tressa Cuevas |
| Domestic Violence Central Registry Check | No Record | 9/24/2024 | Tressa Cuevas |
| Immigration Alien Check | Favorable | 9/24/2024 | Tressa Cuevas |
| Local Police Database Check | No Record | 9/24/2024 | Tressa Cuevas |
| Suspicious Activity Report Check | Not Applicable | 7/13/2024 | System |
| LEO Verification | Not Applicable | 7/13/2024 | System |
| Multiple Handgun Exemption | Not Applicable | 7/13/2024 | System |
| Photograph Check | Favorable | 9/24/2024 | Tressa Cuevas |
| Recommendation Status | Recommended for Approval | 9/24/2024 | Tressa Cuevas |
| Application Status | Approved | 9/26/2024 | Philip P. Olivo III |

### Recommendation Status History

| Status | Datestamp | User Name | Notes |
|---|---|---|---|
| Recommended for Approval | 9/24/2024 4:25:31 PM | Tressa Cuevas | |
| Pending | 7/13/2024 3:45:01 PM | System | |

### Application Status History

| Status | Datestamp | User Name | Notes |
|---|---|---|---|
| Approved | 9/26/2024 9:44:19 AM | Philip P. Olivo III | **Name of Issuing Authority on Handgun Permit**: Philip P. Olivo III<br>**Title**: Chief of Police |
| Pending | 7/13/2024 3:45:01 PM | System | |

Resend Approval Email   Update Email Address

| | |
|---|---|
| Total Permits: | 2 |
| Available Permits: | 1 |
| E-Permit Status: | Active |
| Expiry Date: | 12/25/2024 |

### Actions Taken for E-Permits

| Action Taken | Datetime | User Name | Notes |
|---|---|---|---|
| Activated | 9/26/2024 9:44:20 AM | Philip P. Olivo III | |
| Inactive | 7/13/2024 3:45:00 PM | System | |

### Executed Permits

| Permit Number | Seller Type | Seller Name | Date Timestamp | NICS Check | Details |
|---|---|---|---|---|---|
| ████ | Dealer | Legacy Indoor Range and Armory (SFL# - 4433) | 10/3/2024 3:11:48 PM | ████ | Details |