**BROWN & CONNERY, LLP**
Michael J. Miles, Esquire
Arlette Leyba, Esquire
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
Attorneys for Defendant Chief Phil Olivo

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and Chief Phil Olivo, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | Civil Action No. 1:24-cv-07098-KMW-MJS<br><br>**CERTIFICATE OF SERVICE** |

I, Michael J. Miles, of full age, certify as follows:

1. I am a partner with the law firm of Brown & Connery, LLP, attorneys for Defendant Chief Philip P. Olivo, III in this matter.

2. On October 15, 2024, I served a copy of Defendant's Reply Brief in further support of the Motion to Dismiss Plaintiff's Complaint, Certification of Chief Philip P. Olivo, III and Certificate of Service on the following as indicated:

7QI1824

Clerk, United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
(*Via Electronic Filing*)

Hon. Karen M. Williams, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
(*Via Overnight Mail*)

All Counsel of Record
(*Via Electronic Filing*)

I certify that the foregoing statements are true. If any of these statements are willfully false, I am subject to punishment.

Respectfully submitted

**BROWN & CONNERY, LLP**
Attorneys for Defendant Chief Philip P. Olivo, III

Dated: October 15, 2024    By:    *s/ Michael J. Miles*
Michael J. Miles Esq.
360 Haddon Avenue
Westmont, NJ 08108
(856) 858-8169
(856) 858-4967 (fax)
mmiles@brownconnery.com

7QI1824