MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants Attorney General of New Jersey and Superintendent of New Jersey State Police*

By:    Daniel M. Vannella (015922007)
       Assistant Attorney General
       (609) 376-2776
       Daniel.Vannella@law.njoag.gov

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, | Hon. Karen M. Williams, U.S.D.J. Hon. Matthew J. Skahill, U.S.M.J. |
| Plaintiffs, | DOCKET NO. 1:24-cv-07098 |
| v. | Civil Action |
| MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township, | **NOTICE OF MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(a)** |
| Defendants. | Oral Argument Requested |

MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.,

      Plaintiffs,

    v.

MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,

      Defendants.

Hon. Michael A. Shipp, U.S.D.J.
Hon. Justin T. Quinn, U.S.M.J.

DOCKET NO. 3:24-cv-09479

Civil Action

To:

    United States District Court for the District of New Jersey
    Mitchell H. Cohen Building & United States Courthouse
    4th & Cooper Streets
    Camden, New Jersey 08101

    Steven Jay Harfenist
    Harfenist Kraut & Perlstein, LLP
    3000 Marcus Avenue
    Suite 2E1
    Lake Success, New York 11042
    *Attorney for Plaintiffs Christian Benton, Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation*

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, Mississippi 38654
*Attorney for Plaintiffs Christian Benton, Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation (pro hac vice)*

Michael Joseph Miles
Arlette Leyba
Brown & Connery, LLP
360 Haddon Avenue
Westmont, New Jersey 08108
*Attorney for Defendant Chief Phil Olivo, in his official capacity as the Police Chief of Pennsauken Township*

Bradley Lehman
Gellert Seitz Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
*Attorney for Plaintiffs Matthew Struck, Daniel Francisco, and Firearms Policy Coalition, Inc.*

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 North Howe Street, Suite A
Southport, North Carolina 28461
*Attorney for Plaintiffs Matthew Struck, Daniel Francisco, and Firearms Policy Coalition, Inc. (pro hac vice)*

**PLEASE TAKE NOTICE** that, on **December 2, 2024**, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant, Matthew J. Platkin, Attorney General of New Jersey, will move before the Honorable Karen M. Williams, U.S.D.J., for an Order consolidating the two above-captioned actions pursuant to Fed. R. Civ. P. 42(a) and L. Civ. R. 42.1;

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached brief in support of this motion;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 78, oral argument is requested if there is opposition to this motion; and

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is enclosed herewith.


MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By:    /s/ Daniel M. Vannella
       Daniel M. Vannella
       Assistant Attorney General

DATED:    November 4, 2024