

**HARFENIST KRAUT & PERLSTEIN LLP**

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

February 28, 2025

**VIA ECF**
Honorable Karen M. Williams
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 4A
Camden, New Jersey 08101

  Re: *Christian Benton, et al., v. Matthew J. Platkin, et al.*
     Docket No.: 24-cv-7098(KMW)(MJS)

Dear Judge Williams:

  This Court scheduled oral argument in the above referenced matter for March 28, 2025, on Defendant Phil Olivo's First Motion to Dismiss and Defendant Platkin's Motion to Dismiss for Lack of Jurisdiction. *See* ECF # 34.

  L.Civ.R. 101.1(c)(4) provides that "[o]nly an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders." Mr. Stephen Stamboulieh, my co-counsel in this matter, has been admitted *pro hac vice* and requests permission to participate in oral argument on behalf of the Plaintiffs without my presence.

  We thank the Court for their attention to this matter and should the Court require any additional information, we are happy to provide it.

           Respectfully submitted,
           HARFENIST KRAUT & PERLSTEIN, LLP

         By: *Steven J. Harfenist*
           Steven J. Harfenist

cc: All counsel of record (*via* ECF)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914.708-0808.