UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                     **DATE OF PROCEEDING:** March 31, 2025

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**


**TITLE OF CASE AND DOCKET NUMBER:**

BENTON et al. v. PLATKIN et al.
24-cv-7098-KMW-MJS

**APPEARANCES:**

STEPHEN STAMBOULIEH, ESQ. – for Plaintiffs

GIANCARLO PICCININI – Deputy Attorney General for Defendant Matthew Platkin

ARLETTE LEYBA, ESQ. and MICHAEL J. MILES, ESQ. – for Defendant Chief Phil Olivo


**NATURE OF PROCEEDING:**  Motion Hearing

Oral Argument held on the record re 19 First MOTION to Dismiss filed by Defendant Phil Olivo and 20 MOTION to Dismiss for Lack of Jurisdiction filed by MATTHEW PLATKIN.
Findings of the Court read into the record.
Ordered Motions to Dismiss (ECF No. 19 and 20) are GRANTED without prejudice.
Order to be entered.


                                        DEPUTY CLERK: s/Nicole Ramos



TIME COMMENCED: 11:08 a.m.   TIME ADJOURNED: 12:20 p.m.  TOTAL TIME: 1 hr., 12 mins.