UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 24-7098 (KMW-MJS) <br><br> **ORDER** |

THIS MATTER comes before the Court upon the filing of Defendant Phil Olivo's Motion to Dismiss, (ECF No. 19); to which Plaintiffs Christian Benton, the Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation opposed, (ECF No. 21); to which Defendant Olivo replied, (ECF No. 26); and upon the filing of Defendant Matthew Platkin's Motion to Dismiss, (ECF No. 20); to which Plaintiffs opposed, (ECF No. 22); to which Defendant Platkin replied, (ECF No. 27); and the Court hearing the arguments of counsel during the hearing held on March 31, 2025; and the Court noting the appearances of counsel: Stephen Stambulieh, Esq., appearing on behalf of Plaintiffs; Giancarlo Genaro Piccinini, Esq., appearing on behalf of Defendant Platkin; and Michael Joseph Miles, Esq., and Arlette Leyba, Esq., appearing on behalf of Defendant Olivo; and for the reasons set forth on the record; and for good cause shown;

IT IS on this **31st** day of **March 2025,** hereby

**ORDERED** that Defendant Olivo's Motion to Dismiss, (ECF No. 19), and Defendant Platkin's Motion to Dismiss, (ECF No. 20), are **GRANTED WITHOUT PREJUDICE.**

KAREN M. WILLIAMS
United States District Judge