Steven J. Harfenist
Attorneys for Plaintiffs
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: SHarfenist@hkplaw.com

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X

CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,

Plaintiffs,

-against-

MATTHEW PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,

Defendants.

---------------------------------------------------------------------X

**Civil Action No.: 24-CV-07098(KWM)(MJS)**

**DECLARATION OF STEVEN J. HARFENIST**

Motion Date: May 5, 2025

I, **STEVEN J. HARFENIST**, declare under penalty of perjury that the following is true and correct:

1. I am a partner of the firm Harfenist Kraut & Perlstein, LLP, and I am

admitted to practice in the District Court for the District of New Jersey.

2. I am counsel for plaintiffs, Christian Benton, Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation ("Plaintiffs").

3. I submit this Declaration in support of Plaintiffs' Motion to Clarify the Court's March 31, 2025, Order.

4. Plaintiffs shall rely on the following documents referenced in the Memorandum of Law:

a. A copy of the Court's March 31, 2025, Order is attached hereto as **Exhibit 1**.

b. A copy of the Transcript of the Motion Hearing held on March 31, 2025, is attached hereto as **Exhibit 2**.

Dated: Lake Success, New York
April 11, 2025

Respectfully submitted,
HARFENIST KRAUT & PERLSTEIN, LLP

By: *Steven J. Harfenist*

Steven J. Harfenist
*Attorneys for Plaintiffs*
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: SHarfenist@hkplaw.com

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
T: (601) 852-3440
E: stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice