

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

April 11, 2025

**VIA CM/ECF**
Hon. Karen M. Williams, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    *Benton et al. v. Platkin and Olivo* (Docket No. 1:24-cv-7098-KMW-MJS)

Dear Judge Williams:

      This Office represents Defendant Matthew Platkin, Attorney General of New Jersey, in his official capacity, in the above-referenced matter.

      In light of Plaintiffs' Motion to Clarify filed today (ECF No. 41), the undersigned respectfully requests that the Court so order this letter, providing that the Attorney General's time to Answer Plaintiffs' Complaint (ECF No. 1), is held in abeyance pending resolution of that Motion and further order of the Court. Plaintiffs do not oppose this request.

      Thank you for your Honor's attention to this matter.

                      Respectfully submitted,

                      MATTHEW J. PLATKIN
                      ATTORNEY GENERAL OF NEW JERSEY

                      By:    */s/ Giancarlo G. Piccinini*
                             Giancarlo G. Piccinini
                             *Deputy Attorney General*

cc:    All Counsel of Record (via CM/ECF)

