UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 24-7098 (KMW-MJS) <br><br> **MEMORANDUM OPINION & ORDER** |

THIS MATTER comes before the Court upon the filing of Plaintiff Christian Benton, the Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc. and the Gun Owners Foundation's Motion to Clarify the Court's Order of March 31, 2025, (ECF No. 41), to which Defendant Matthew Platkin responded (ECF No. 44), and Plaintiff replied (ECF No. 45); and

WHEREAS, the Court's prior order dismissed both Defendant Platkin and Defendant Olivo's Motions to Dismiss without prejudice, (ECF No. 39); and

WHEREAS, Defendant Olivo's Motion to Dismiss sought dismissal as to all claims asserted solely against him; and

WHEREAS, Defendant Platkin's Motion to Dismiss sought dismissal specifically relating to the Purchase Permit for Handguns and permit issuance delays, (ECF No. 20); and

WHEREAS, Defendant Platkin's Motion to Dismiss explicitly excluded Plaintiffs' challenge to the "One-Gun-Per-Month Law," (ECF No. 20 at 3 ("Plaintiffs' challenges to the PPH statute and any delay beyond the 30-day statutory period that they allegedly experienced in receiving their PPHs should be dismissed for lack of standing, leaving only Plaintiffs' challenge to the 'one gun a month' provision of the PPH statute remaining.")); and

WHEREAS, the Court held that Plaintiffs failed to demonstrate a constitutional injury-in-fact sufficient to provide standing and thus dismissed the two pending motions to dismiss without prejudice on that basis, (*see* Tr. at 36:1-9; 39:20-41:15; 42:10-12; 43:19-25);

WHEREAS, the Court's Order issued on March 31, 2025 (ECF No. 39), was limited to the claims addressed in the Motions before the Court; and

THE COURT FINDS that the Court did not dismiss Plaintiff's entire Complaint, specifically preserving Plaintiff's challenge to the "One-Gun-Per-Month Law." That claim was not properly before the Court for decision pursuant to Defendants' Motions to Dismiss. *See* ECF No. 20 at 3. However, the parties may file additional motions if they so wish, in accordance with the Local Rules, addressing the "One-Gun-Per-Month Law" claim to bring it properly before this Court for decision.

IT IS on this 30th day of **April 2025,** hereby

**ORDERED** that Plaintiffs' Motion to Clarify the Court's Order of March 31, 2025, (ECF No. 14), is **DISMISSED.**

KAREN M. WILLIAMS
United States District Judge