UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as the Attorney General of New Jersey, and CHIEF PHIL OLIVO, in his official capacity as the Police Chief of Pennsauken Township,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>C.A. No. 1:24-cv-07098-KMW-MJS |
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as the Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as the Superintendent of New Jersey State Police,<br><br>Defendants. | C.A. No. 3:24-cv-09479-MAS-JTQ |

**DECLARATION OF BRADLEY P. LEHMAN IN SUPPORT OF THE MOTION PRO HAC VICE OF STEPHEN M. DUVERNAY**

I, Bradley P. Lehman, hereby certify as follows:

I am an Attorney at Law licensed to practice in the State of New Jersey, a member in good standing of the Bar of this Court, and counsel of record for the Struck Plaintiffs in the above-captioned consolidated matter. I make this Declaration in support of the pro hac vice admission of Stephen

M. Duvernay to act as co-counsel for Plaintiffs Matthew Struck, Daniel Francisco, and Firearms Policy Coalition, Inc. in this matter.

I have been advised that Mr. Duvernay is a member in good standing and admitted to practice before several state and federal courts, as certified by him in the Certified Statement attached hereto as Exhibit A.

I will act as local counsel for this pro hac vice counsel and will undertake all responsibilities as such.

I hereby move for the pro hac vice admission of the foregoing individual. We have obtained consent to these applications from counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2025                              Respectfully submitted,

                                                     */s/ Bradley P. Lehman*
                                                     Bradley P. Lehman