# EXHIBIT A

### CERTIFIED STATEMENT OF STEPHEN M. DUVERNAY

I, Stephen M. Duvernay, hereby certify as follows:

I am a member in good standing of the bars of the following state and federal courts, and the address of each office maintaining the roll of its members is as follows:

State Bar of California, 11/21/2007 (250957)
180 Howard St.
San Francisco, CA 94105

State Bar of Texas, 02/08/2024 (24139565)
1414 Colorado Street
Austin, Texas 78701

Supreme Court of the United States, 11/04/2013
1 First Street, NE
Washington, DC 20543

United States Court of Appeals for the Ninth Circuit, 04/29/2011
The James R. Browning Courthouse
95 7th Street
San Francisco, CA  94103

United States Court of Appeals for the Second Circuit, 01/04/2023
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

United States Court of Appeals for the Fifth Circuit, 12/19/2023
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

U.S. District Court Eastern District of California, 04/11/2008
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA  95814

U.S. District Court Southern District of California, 03/17/2010
333 West Broadway, Suite 420
San Diego, CA  92101

U.S. District Court Central District of California, 08/02/2011
Edward R. Roybal Federal Building and United States Courthouse
255 East Temple Street
Los Angeles, CA  90012-3332

U.S. District Court Northern District of California, 06/02/2020
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102-3489

Dated: October 22, 2025 						Respectfully submitted,

							_____
							Stephen M. Duvernay
							Benbrook Law Group, PC
							701 University Avenue, Suite 106
							Sacramento, CA 95825
							(916) 447-4900
							steve@benbrooklawgroup.com