# EXHIBIT A

### CERTIFIED STATEMENT OF BRADLEY A. BENBROOK

I, Bradley A. Benbrook, hereby certify as follows:

I am a member in good standing of the bars of the following state and federal courts, and the address of each office maintaining the roll of its members is as follows:

State Bar of California, California, 09/22/1995 (177786)
180 Howard St.
San Francisco, CA 94105

State Bar of Texas, 09/05/2024 (24142064)
1414 Colorado Street
Austin, Texas 78701

Supreme Court of the United States, 11/04/2013
1 First Street, NE
Washington, DC 20543

United States Court of Appeals for the Ninth Circuit, 09/16/2002
The James R. Browning Courthouse
95 7th Street
San Francisco, CA  94103

United States Court of Appeals for the First Circuit, 02/27/2023
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA  02210

United States Court of Appeals for the Second Circuit, 01/04/2023
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

United States Court of Appeals for the Third Circuit, 01/13/2023
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106-1790

United States Court of Appeals for the Fifth Circuit, 09/06/22
F. Edward Hebert Building
600 S. Maestri Place

New Orleans, LA  70130-3408

United States Court of Appeals for the Seventh Circuit, 02/15/23
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL  60604

United States Court of Appeals for the District of Columbia Circuit, 10/31/2014
333 Constitution Ave NW
Washington, DC  20001

U.S. District Court Eastern District of California, 07/17/1997
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA  95814

U.S. District Court Northern District of California, 08/03/2001
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102-3489

U.S. District Court Central District of California, 12/18/2009
Edward R. Roybal Federal Building and United States Courthouse
255 East Temple Street
Los Angeles, CA  90012-3332

U.S. District Court Southern District of California, 09/07/2018
333 West Broadway, Suite 420
San Diego, CA  92101

U.S. District Court for the District of Columbia, 04/04/2022
333 Constitution Avenue, N.W.
Washington, DC  20001

Dated: October 22, 2025

Respectfully submitted,

_____
Bradley A. Benbrook
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com