

Philip D. Murphy
*Governor*

Tahesha L. Way
*Lt. Governor*

**State of New Jersey**
Office of the Attorney General
Department of Law and Public Safety
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101

Matthew J. Platkin
*Attorney General*

Michael C. Walters
*Acting Director*

October 31, 2025

**<u>VIA CM/ECF</u>**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   *Benton et al. v. Platkin et al.* (24-7098) / *Struck et al. v. Platkin et al.* (24-9479)

Dear Judge Skahill:

This Office represents the State Defendants, Matthew J. Platkin, Attorney General of the State of New Jersey, and Colonel Patrick J. Callahan, Superintendent of the New Jersey State Police, in the above-referenced consolidated matters.

Consistent with Your Honor's Text Order entered on October 20, 2025 (ECF No. 64), counsel have conferred regarding the Struck Plaintiffs' request to amend their Complaint for the sole purpose of adding the National Rifle Association (NRA) as a co-plaintiff to their action. The Benton Plaintiffs do not oppose this request.

Because the State Defendants oppose, the undersigned respectfully requests that Your Honor enter an Order establishing the following briefing schedule for the Struck Plaintiffs' forthcoming Motion to Amend their Complaint solely to add the NRA as a co-plaintiff:

- Initial Filing Deadline – November 14, 2025
- Deadline for Opposition Papers – November 24, 2025
- Deadline for Reply Papers – December 1, 2025

The undersigned further respectfully requests that the Court enter an Order adjourning the Parties' November 21, 2025 deadline to file dispositive motions during the pendency of the Struck Plaintiffs' Motion to Amend, and providing for at least sixty (60) days from the date of decision



Tel.: (609) 696-5366 • Email: Giancarlo.Piccinini@law.njoag.gov
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

on the Motion to Amend, if granted, for discovery against the NRA only, at the conclusion of which the Parties will submit a proposed schedule for further proceedings. The Struck Plaintiffs do not oppose the State Defendants' request for this adjournment. If the Motion to Amend is denied, however, the undersigned respectfully requests an Order requiring a Joint Status Report regarding further proceedings filed within fourteen (14) days of the ruling.

The Benton Plaintiffs oppose adjourning the Parties' November 21, 2025, dispositive-motion deadline pending decision on the Struck Plaintiffs' forthcoming Motion to Amend and prefer to sever the Benton Plaintiffs' dispositive motion deadline from all other Parties and retain the November 21, 2025, dispositive-motion deadline for the Benton Plaintiffs.

The State Defendants oppose any request to sever the Parties' dispositive motion deadline. Judge Williams consolidated these matters principally to "reduce the burden on both the parties and the court system in terms of time and resources" given the near-identical nature of the issues presented. *See* ECF No. 54. Proceeding to summary judgment for only one set of plaintiffs would fly in the face of that ruling, forcing the Parties to brief near-identical issues on two different timelines and burdening the Court with two sets of overlapping summary-judgment briefing. For that reason, the State Defendants respectfully request that the Court instead simply adjourn the Parties' November 21, 2025, dispositive-motion deadline and enter the schedule proposed above.

In the alternative, the undersigned is happy to discuss these issues further at a conference ahead of the current November 21, 2025, dispositive-motion deadline.

      Respectfully submitted,

      MATTHEW J. PLATKIN
      ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Giancarlo G. Piccinini*
      Giancarlo Genaro Piccinini
      *Deputy Attorney General*
      *Attorney for the State Defendants*

cc: All Counsel of Record (via CM/ECF)

