WHITEFORD TAYLOR & PRESTON LLC
Bradley P. Lehman, Esq. (Atty ID. No. 129762014)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 295-5674
Facsimile: (302) 295-5678
Email: blehman@whitefordlaw.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Civil Action No.: 1:24-cv-7098<br>Consolidated Case: 3:24-cv-9479<br><br>Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>**NOTICE OF PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

**PLEASE TAKE NOTICE** that, on December 8, 2025, undersigned counsel for the Plaintiffs shall move this Court for an order granting leave for Plaintiffs to amend their Complaint.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief in support of the Motion. A proposed Order is enclosed.

Dated: November 13, 2025

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P. Lehman (NJ No. 129762014)
600 North King Street, Suite 300
Wilmington, Delaware 19801
P: (302) 353-4144
E: blehman@whitefordlaw.com

*Counsel for Plaintiffs*