# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Civil Action No.: 1:24-cv-7098<br>Consolidated Case: 3:24-cv-9479<br><br>Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Before the Court is Plaintiffs Matthew Struck, Daniel Francisco, and Firearms Policy Coalition, Inc.'s (collectively, "Plaintiffs") Motion for Leave to File a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).

Having considered the motion, all responses, and applicable law, the Court **GRANTS** Plaintiffs' motion. Plaintiffs' First Amended Complaint shall be deemed filed.

**SO ORDERED** on this _____ day of _____, _____.

_____
Matthew J. Skahill
UNITED STATES MAGISTRATE JUDGE