# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN BENTON *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN *et al.*,<br><br>*Defendants*.<br><br>MATTHEW STRUCK *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN *et al.*,<br><br>*Defendants*. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>Docket No. 24-7098<br>Docket No. 24-9479<br>(Consolidated)<br><br><u>Civil Action</u><br><br>**SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that Deputy Attorney General Giancarlo Genaro Piccinini is departing the New Jersey Office of the Attorney General effective January 30, 2026, and that, as a result, consistent with L. Civ. R. 102.1, the undersigned hereby consent to the substitution of Deputy Attorney General Amanda I. Morejón (405942022) as attorney for Defendants Matthew Platkin and Patrick Callahan in the above-captioned consolidated matters.

MATTHEW J. PLATKIN
Attorney General of New Jersey

By:   */s/ Giancarlo G. Piccinini*
      GIANCARLO G. PICCININI
      Deputy Attorney General
      Withdrawing Attorney

MATTHEW J. PLATKIN
Attorney General of New Jersey

By:   */s/ Amanda I. Morejón*
      AMANDA I. MOREJÓN
      Deputy Attorney General
      Superseding Attorney

Dated:      February 5, 2026
            Newark, N.J.