Harfenist Kraut & Perlstein, LLP
Steven J. Harfenist, Esq.
(Atty Id. No. 045671989)
3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T: (516) 355-9600
F: (516) 355-9601
E: sharfenist@hkplaw.com
*Attorneys for Plaintiffs*

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
T: (601) 852-3440
E: stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
CHRISTIAN BENTON, COALITION OF NEW
JERSEY FIREARM OWNERS, GUN OWNERS OF
AMERICA, INC., and GUN OWNERS FOUNDATION,

                            Plaintiffs,

    -against-

JENNIFER DAVENPORT, in her Official Capacity
as the Attorney General of New Jersey,

                            Defendant.
-------------------------------------------------------------X

**Civil Action No.:**
**24-CV-07098(KWM)(MJS)**

**PLAINTIFFS' MOTION
TO ADMIT COUNSEL
*PRO HAC VICE***

In accordance with Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey that governs the admission and practice of attorneys in said District Court, the undersigned respectfully move for the admission of Oliver M. Krawczyk, Esq., with an address of 115 South Hanover Street, Suite 100, Carlisle, PA 17013, Telephone: (717) 525-5822, Email: oliver@amblerlawoffices.com, for the purposes of appearing as counsel on behalf of Plaintiffs CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM

1

OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION in the above-styled case.

Oliver M. Krawczyk certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bar of the Commonwealth of Pennsylvania, and all courts listed in his declaration in support of this Motion. He has not previously sought admission *pro hac vice* in this Court in any matter, but is seeking admission concurrently in the case *Heidi Bergmann-Schoch et al. v. Jennifer Davenport et al.*, No. 1:25-cv-00997-CPO-MJS, in the Camden Division of this Court.

Mr. Krawczyk is an attorney with the firm Ambler Law Offices, LLC of Carlisle, Pennsylvania, and has been a member of the Bar of the Commonwealth of Pennsylvania since 2023 with the Bar number 334423. A Declaration of Oliver M. Krawczyk in support of Plaintiffs' Motion to Admit Counsel *Pro Hac Vice* is attached hereto as **Exhibit "A."** A Certificate of Good Standing from the Supreme Court of Pennsylvania is attached hereto as **Exhibit "B."**

In further support of this Motion, it is hereby designated that Steven J. Harfenist is a member of the Bar of this Court. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the undersigned acts as local counsel in this matter on behalf of the Plaintiffs.

2

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated:      Lake Success, New York
            August 5, 2026

                              Respectfully submitted,
                              HARFENIST KRAUT & PERLSTEIN, LLP

            By:       *Steven J. Harfenist*
                      Steven J. Harfenist
                      *Attorneys for Plaintiffs*
                      3000 Marcus Avenue, Suite 2E1
                      Lake Success, NY 11042
                      T: (516) 355-9600
                      F: (516) 355-9601
                      E: sharfenist@hkplaw.com

                      Stephen D. Stamboulieh
                      MS Bar No. 102784
                      Stamboulieh Law, PLLC
                      P.O. Box 428
                      Olive Branch, MS 38654
                      T: (601) 852-3440
                      E: stephen@sdslaw.us
                      *Admitted Pro Hac Vice

                      Oliver M. Krawczyk
                      PA Bar No. 334423
                      Ambler Law Offices, LLC
                      115 South Hanover Street, Suite 100
                      Carlisle, PA 17013
                      T: (717) 525-5822
                      E: oliver@amblerlawoffices.com
                      *Pro Hac Vice forthcoming

3