Steven J. Harfenist
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: SHarfenist@hkplaw.com
Attorneys for Plaintiffs

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

CHRISTIAN BENTON, COALITION OF NEW
JERSEY FIREARM OWNERS, GUN OWNERS OF
AMERICA, INC., and GUN OWNERS FOUNDATION,

**Civil Action No.:**
**24-CV-07098(KWM)(MJS)**

Plaintiffs,

-against-

JENNIFER DAVENPORT, in her Official Capacity
as the Attorney General of New Jersey,

Defendant.

-------------------------------------------------------------X

## **MOTION TO WITHDRAW**

Counsel for plaintiffs, Stephen D. Stamboulieh, Esq., respectfully moves this

Court for leave to withdraw his appearance as counsel for Plaintiffs.  In support of

this motion, Mr. Stamboulieh states as follows:

1)      Mr. Stamboulieh has accepted a position with the Department of

Justice and will no longer be in private practice.

2)      Plaintiffs will continue to be represented by co-counsel.

1

WHEREFORE, Stephen D. Stamboulieh respectfully requests that the Court grant this motion and permit him to withdraw his appearance in this matter.

Dated:      Lake Success, New York
            August 10, 2026

Respectfully submitted,
HARFENIST KRAUT & PERLSTEIN, LLP

By:     *Steven J. Harfenist*

Steven J. Harfenist
*Attorneys for Plaintiffs*
3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T: (516) 355-9600
F: (516) 355-9601
E: sharfenist@hkplaw.com

Stephen D. Stamboulieh
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
T: (601) 852-3440
E: stephen@sdslaw.us
*Admitted Pro Hac Vice

Oliver M. Krawczyk
PA Bar No. 334423
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
E: oliver@amblerlawoffices.com
*Pro Hac Vice forthcoming

2

# CERTIFICATE OF SERVICE

I, Steven J. Harfenist, hereby certify that I have filed a true and correct copy of the foregoing document or pleading with this Court's CM/ECF system, which generated a Notice of Electronic Filing, and provided a copy of the above to all counsel of record.

Dated: August 10, 2026

*Steven J. Harfenist*
Steven J. Harfenist

3