

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ  08625-0116

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

August 10, 2026

**<u>VIA CM/ECF</u>**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:  *Benton et al. v. Platkin et al.* (24-7098)
> *Struck et al. v. Platkin et al.* (24-9479)

Dear Judge Skahill:

This office represents Jennifer Davenport, Attorney General of the State of New Jersey, and Lt. Colonel Jeanne Hengemuhle, Acting Superintendent of the New Jersey State Police, ("State Defendants") in the above-referenced consolidated matters.

Consistent with Your Honor's Text Order entered on July 7, 2026, *see* ECF No. 83, the Parties respectfully submit this joint status letter in anticipation of the upcoming status conference scheduled for August 17, 2026 at 1:00 p.m.

<u>Discovery Status</u>

On July 10, 2026, State Defendants served written discovery requests upon counsel for Plaintiff NRA. Counsel for Plaintiff NRA served responses to State Defendants' written discovery requests on July 20, 2026.

The Parties do not intend to seek additional discovery.

<u>Proposed Briefing Schedule</u>

Counsel have conferred and jointly request that Your Honor enter an Order establishing the following agreed-upon schedule for summary judgment briefing with the noted page limits:





**Proposed Briefing Schedule**

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motions for Summary Judgment | Monday, September 14, 2026 | 30 pages |
| Defendants' Combined Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment | Monday, October 26, 2026 | 50 pages |
| Plaintiffs' Combined Opposition to Defendants' Cross Motion for Summary Judgment and Reply in Support of Plaintiffs' Motions for Summary Judgment | Monday, November 23, 2026 | 50 pages |
| Defendants' Reply in Support of Defendants' Motion for Summary Judgment | Monday, December 21, 2026 | 30 pages |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Amanda I. Morejón*
      Amanda I. Morejón
      Deputy Attorney General
      *Attorney for State Defendants*

By:   */s/ Steven J. Harfenist*
      Steven J. Harfenist
      *Attorney for Benton Plaintiffs*

By:   */s/ Stephen Duvernay*
      Stephen Duvernay
      *Attorney for Struck Plaintiffs*

By:   */s/ Bradley P. Lehman*
      Bradley P. Lehman
      *Attorney for Struck Plaintiffs*

2