**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | | |
|---|---|---|
| LB GTMA OPCO, LLC dba CORE EQUIPMENT GROUP, | ) | Civil Action No. 2:26-cv-8381 |
| | ) | |
| Plaintiff, | ) | Hon. Karen M. Williams, U.S.D.J. |
| | ) | Hon. Elizabeth A. Pascal, U.S.M.J. |
| v. | ) | |
| | ) | |
| STEVEN J. REISENWEAVER dba A.C.C. TREE SERVICE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR ADJOURNMENT OF HEARING**

Plaintiff, LB GTMA OpCo, LLC dba Core Equipment Group ("Plaintiff"), through its undersigned counsel, hereby respectfully requests an adjournment of the hearing set for September 21, 2026, on Defendant's Motion to Dismiss (ECF No. 8), and in support thereof states as follows:

1. On August 28, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 8).

2. On the same date, the Clerk of Court set a hearing on the Motion for September 21, 2026.

3. Plaintiff respectfully requests that the hearing be adjourned for several reasons. Principally, Plaintiff's counsel is involved in expedited litigation in the Delaware Court of Chancery which currently involves preparation for and

attendance at trial set for September 22. Separately, Plaintiff's counsel has a case pending before the Delaware Supreme Court that is currently scheduled for oral argument on September 23, which undersigned counsel will assist in preparing for and will attend unless the matter is sooner resolved. Finally, undersigned counsel has engaged in discussions with defense counsel, and Plaintiff is contemplating amending its complaint in the near term to address the Motion to Dismiss.

4. Accordingly, Plaintiff respectfully requests that the Court adjourn the September 21 hearing to a later date.

5. Defense counsel advises that Defendant does not oppose this adjournment request.

Respectfully submitted,

*<u>/s/ Bradley P. Lehman</u>*
Bradley P. Lehman, Esq.
WHITEFORD, TAYLOR & PRESTON, LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
(302) 353-4144
blehman@whitefordlaw.com

*Attorneys for Plaintiff*