DNJ-CMECF-002 (Rev. 8/2026)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Christian Benton et al.,<br>Plaintiff(s),<br><br>**v.**<br><br>Jennifer Davenport,<br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 24-7098 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Oliver M. Krawczyk

Firm: Ambler Law Offices, LLC

Address: 115 South Hanover Street, Suite 100
Carlisle, PA 17013

Email: oliver@amblerlawoffices.com

Phone: (717) 525-5822

Admitted on behalf of (List litigant(s) here): Christian Benton; Coalition of New Jersey Firearm Owners
Gun Owners of America, Inc.; Gun Owners Foundation