Steven J. Harfenist
Harfenist Kraut & Perlstein, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: sharfenist@hkplaw.com
*Attorneys for Plaintiffs*

Oliver M. Krawczyk*
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
E: oliver@amblerlawoffices.com
PA Bar No. 334423
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

CHRISTIAN BENTON, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,

Plaintiffs,

-against-

JENNIFER DAVENPORT, in her Official Capacity as the Attorney General of New Jersey,

Defendant.

-------------------------------------------------------------X

**Civil Action No.:**
**24-CV-07098(KWM)(MJS)**

**PROPOSED ORDER**

Presently before the Court is Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment. After reviewing the moving papers, opposition papers, and responses thereto:

**IT IS ON THIS _____ DAY, ____________, 2026,**

**ORDERED** that Plaintiffs' Motion for Summary Judgment is GRANTED in its entirety; and it is further

**ORDERED** that Defendant's Cross-Motion for Summary Judgment is DENIED in its entirety; and it is further

**ORDERED** that N.J.S.A. § 2C:58-3(i), N.J.S.A. § 2C:58-2(a)(7), and N.J.A.C. § 13:54-1.9 are DECLARED UNCONSTITUTIONAL, in that they violate the Second and Fourteenth Amendments to the U.S. Constitution; and it is further

**ORDERED** that Defendant, and all other officers, agents, servants, employees, and persons under the authority of the State who receive notice of this Order, are PERMANENTLY ENJOINED from enforcing N.J.S.A. § 2C:58-3(i), N.J.S.A. § 2C:58-2(a)(7), and N.J.A.C. § 13:54-1.9.

**SO ORDERED:**

________________________________

Karen M. Williams, U.S.D.J.